FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 MAY 28 PM 3:03
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SHERRY MICHELLE MILLS,           )
                                 )
     Plaintiff,                  )
                                 )
v.                               )   CASE NO. CV413-044
                                 )
CAROLYN W. COLVIN, Acting        )
Commissioner of Social           )
Security,                        )
                                 )
     Defendant.                  )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 13), to which no objections have been filed. After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's report and recommendation. Accordingly, the Report and Recommendation is **ADOPTED** as the Court's opinion and this case is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of May 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA