# United States District Court
## Southern District of Georgia

Sherry Michelle Mills,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV413-44,

Carolyn Colvin,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 8/9/16, granting the motions for attorney fees, judgment is hereby awarded to Plaintiff the amount of $6,084.46 in attorney fees and $350.00 in costs.

| 8/9/16 | Scott L. Poff |
|---|---|
| Date | Clerk |
|  | *Walker Crescent* (signature) |
|  | (By) Deputy Clerk |